UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

                              ORDER

                              08-CR-6182L

          v.

CHARLES HOPKINS,

                Defendant.
_____

      Defendant, Charles Hopkins, was sentenced on his plea of guilty on April 28, 2009, principally to a term of five years imprisonment. Defendant's mother, Wanda Hopkins, is gravely ill and has been confined to a long care health facility, The Monroe Community Hospital, for the past five years. She is unable to travel.

      Defendant requests, a last death-bed, visit with his mother prior to commencing his term of imprisonment. That request is granted.

      I direct the United States Marshal's Service to arrange a supervised, in custody, visit at the Monroe Community Hospital at a time of the Marshal Service's choosing.

      IT IS SO ORDERED.

                                            _____
                                              DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
        May 12, 2009